UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. ___________________

THOMAS PATTI,
*individually and on behalf of all others similarly situated,*

Plaintiff,

v.

BRINKER INTERNATIONAL, INC.,
*d/b/a* CHILI'S BAR AND GRILL,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, Brinker International, Inc. d/b/a Chili's Bar and Grill ("Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff, Thomas Patti ("Plaintiff"), in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. The removal of this action is based upon the following:

1. On or about October 27, 2020, Plaintiff filed a Complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, styled *Thomas Patti, individually and on behalf of all others similarly situated v. Brinker International, Inc. d/b/a Chili's Bar and Grill* (the "Circuit Court case"). The Circuit Court case was assigned Case No. CACE 2020-017897-CA-02.

2. In the one-count Complaint, Plaintiff alleges, on behalf of himself and the proposed class, that Defendant violated § 227(b) of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

3. Because Plaintiff alleges claims under the TCPA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Defendant was served with the Complaint on October 30, 2020. Therefore, this Notice has been filed within thirty (30) days after Defendant received the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court case are attached to this Notice as **Exhibit A**.

6. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide prompt written notice of the removal to Plaintiff and will file a copy of this Notice in the Circuit Court in and for Broward County, Florida.

7. The United States District Court for the Southern District of Florida, Fort Lauderdale Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court.

WHEREFORE, Defendant, Brinker International, Inc. d/b/a Chili's Bar and Grill, respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court in and for Broward County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated: November 30, 2020.

Case No. ___________________

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600

*By: s/ Neil D. Kodsi*
Neil D. Kodsi, Esq.
Florida Bar No. 11255
Email: *neil.kodsi@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
Email: *leslie.baum@jacksonlewis.com*

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being filed on November 30, 2020, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Neil D. Kodsi*
Neil D. Kodsi, Esq.

**SERVICE LIST**

Ignacio J. Hiraldo, Esq.
Florida Bar No. 0056031
Email: *ijhiraldo@ihjlaw.com*
IHJ Law
1200 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (786)496-4469

Seth M. Lehrman, Esq.
Florida Bar No. 132896
Email: *seth@epllc.com*
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954)524-2820

*Counsel for Plaintiff*

Neil D. Kodsi, Esq.
Email: *neil.kodsi@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
E-mail: *leslie.baum@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*