**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-CV-62436-RAR**

**THOMAS PATTI**,
*individually and on behalf of all others*
*similarly situated,*

    Plaintiff,

v.

**BRINKER INTERNATIONAL, INC.,**
*d/b/a* **CHILI'S BAR AND GRILL**,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Thomas Patti and Defendant Brinker International Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

All claims of any unnamed member of the putative class are hereby dismissed without prejudice.

Dated: March 9, 2021

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J. Hiraldo, Esq.* | */s/ Leslie Lagomasino Baum* |
| Ignacio J. Hiraldo, Esq. | Leslie Lagomasino Baum, Esq. |
| Florida Bar No. 0056031 | E-mail: *leslie.baum@jacksonlewis.com* |
| Email: *ijhiraldo@ihjlaw.com* | Neil D. Kodsi, Esq. |
| IHJ Law | Email: *neil.kodsi@jacksonlewis.com* |
| 1200 Brickell Avenue, Suite 1950 | JACKSON LEWIS P.C. |
| Miami, Florida 33131 | One Biscayne Tower, Suite 3500 |
| Telephone: (786)496-4469 | 2 South Biscayne Boulevard |
| | Miami, Florida  33131 |
| Seth M. Lehrman, Esq. | Telephone: (305) 577-7600 |
| Florida Bar No. 132896 | |
| Email: *seth@epllc.com* | *Counsel for Defendant* |
| EDWARDS POTTINGER LLC | |
| 425 North Andrews Avenue, Suite 2 | |
| Fort Lauderdale, Florida 33301 | |
| Telephone: (954)524-2820 | |
| | |
| *Counsel for Plaintiff* | |