## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CV-62436-RAR

**THOMAS PATTI**, *individually and*
*on behalf of all others similarly situated*,

     Plaintiff,

v.

**BRINKER INTERNATIONAL, INC.,**
**d/b/a CHILI'S BAR AND GRILL**,

     Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation") [ECF No. 31].   The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED *with prejudice*** as to Plaintiff Thomas Patti's individual claims and **DISMISSED *without prejudice*** as to the class claims, with each party to bear their own attorneys' fees and costs of suit.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of March, 2021.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record